# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-22-00722-CV

**S. L. and J. R., Appellants**

**v.**

**Texas Department of Family and Protective Services, Appellee**

### FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-FM-21-003638, THE HONORABLE CLEVE WESTON DOTY, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant J. R. filed her notice of appeal on December 15, 2022.  The appellant's brief was due on January 27, 2023.  To date, appellant's brief has not been filed.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights.  *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition).  The accelerated schedule requires greater compliance with briefing deadlines.  Therefore, we order Mark Zuniga to file appellant's brief no later than March 1, 2023.  If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on February 17, 2023.


Before Justices Baker, Kelly, and Smith